# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1490
Lower Tribunal No. 18-3834
_____

**Steven D. Simon,**
Appellant,

vs.

**Cindy S. Simon, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Law Offices of Maria Del Carmen Calzon, P.A., and Maria Del Carmen Calzon, for appellant.

Kluger, Kaplan, Silverman, Katzen and Levine, P.L., and Bruce A. Katzen; Samson Appellate Law, and Daniel M. Samson, for appellees.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.